**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLON BROWN, | ) | CASE NO. CV 07-02559 CAS (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| BEN CURRY, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of MARLON BROWN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 10/4/10

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE